THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-192-JLR |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE & EXTEND PRETRIAL MOTIONS DEADLINE |
| SAMUEL RALPH BRIGHT, | |
| Defendant. | |

The Court has considered the defendant's unopposed motion to continue the trial date and extend the pretrial motions deadline, as well as Mr. Bright's knowing and voluntary speedy trial waiver. The Court grants the unopposed motion and finds that:

1. Taking into account the exercise of due diligence, not granting a continuance in this case would deny Mr. Bright's counsel reasonable time necessary for effective preparation of this case, advising Mr. Bright, researching and drafting pretrial motions, and preparing for trial given the complexity of investigation required and sensitive nature of the allegations in this case, the need for further expert consultation, the need for additional time for review and analysis of discovery materials, and the time consuming nature of reviewing documents with Mr. Bright and discussing this case with him. 18 U.S.C. § 3161(h)(7)(B)(iv).

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO
CONTINUE TRIAL DATE & EXTEND
PRETRIAL MOTIONS DEADLINE  - 1
(*Samuel Ralph Bright*; CR15-192JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

2. Given the considerations outlined above, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a more speedy trial, based upon the Court's evaluation of relevant factors pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to January 25, 2016, and that pretrial motions shall be filed no later than December 4, 2015. The period of delay from the date of this order to the new trial date is excluded under 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

DATED this 12th day of _____July_____, 2015.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Samuel Ralph Bright

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO
CONTINUE TRIAL DATE & EXTEND
PRETRIAL MOTIONS DEADLINE - 2
(*Samuel Ralph Bright*, CR15-192JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100